TOWN OF OYSTER BAY, Appellant, *v.* ROBERT MOSES et al., Respondents.

Argued March 9, 1937; decided March 23, 1937.

*Eugene R. Hurley* and *Charles I. Wood* for appellant.

*G. Frank Dougherty, Ruth I. Wilson* and *Raymond P. McNulty* for respondents.

*James B. Alley, Max O'Rell Truitt* and *William Radner* for Reconstruction Finance Corporation, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.